UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERTA MENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. |
| | ) |
| CRACKER BARREL OLD COUNTRY STORE, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. NATURE OF THE CASE

1. Plaintiff, Roberta Mendez ("Plaintiff"), by Counsel, brings this action against Defendant, Cracker Barrel Old Country Store, Inc., ("Defendant") for violating Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended 42 U.S.C. § 2000e *et. seq.*

### II. PARTIES

2. Plaintiff is a resident of Davidson County, Tennessee, who at all relevant times to this action, resided within the geographical boundaries of the Middle District of Tennessee.

3. Defendant maintains offices and routinely conducts business within the geographical boundaries of the Middle District of Tennessee.

### III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. § 1331; 28 U.S.C. § 1343; 28 U.S.C. § 1367 and 42 U.S.C. § 2000e-5(f)(3).

5. Defendant is an "employer" as that term is defined by 42 U.S.C. § 2000e(b).

6. Plaintiff was an "employee," as that term is defined by 42 U.S.C. § 2000e(f).

7. Plaintiff satisfied her obligation to exhaust her administrative remedies, having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") against Defendant alleging discrimination and retaliation based on her race. Plaintiff received her Notice of Suit Rights and timely files this action within ninety (90) days of receipt.

8. A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Middle District of Tennessee; thus, venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

9. Mendez, who is an African American female, was hired by Defendant on or about April 30, 2015, and worked most recently as a Server at Store No. 26. At all times relevant, Mendez met or exceeded Defendant's legitimate performance expectations.

10. Throughout employment, Mendez was treated less favorably than her Caucasian counterparts who made derogatory comments to Mendez based on her race. For example, on multiple occasions, Shift Leader, Tre Thomas told Mendez "I don't like Black people," most recently in August 2024. Furthermore, Mendez's Caucasian coworkers regularly called Mendez racist names, such as "nappy headed n*igger," "burnt biscuit," "monkey" and "bitch." Mendez was also physically pushed and hit, and management has segregated its Black workers from its Caucasian workers.

11. Mendez reported these actions to her managers, assistant managers, and the General Manager, Jack Kinle ("Kinle"). Following her report, Kinle retaliated against Mendez

and wrote Mendez up in 2023. When Mendez escalated her concerns to Human Resources, she was only told not to sign the write-up. No remedial action was taken regarding her complaint.

12. In or around August 2024, Mendez submitted a complaint to Defendant's corporate Human Resources regarding her treatment and the treatment of other Black employees.

13. On or about September 28, 2024, Mendez's employment was terminated for allegedly "breaking company policy." However, similarly situated employees outside of Mendez's protected class(es), such as Jenna Klages were not terminated for similar or worse conduct. The reason for Mendez's termination is pretext for discrimination and/or retaliation.

## V. CAUSES OF ACTION

### COUNT I: TITLE VII- RACE DISCRIMINATION

14. Mendez hereby incorporates paragraphs one (1) through thirteen (13) of her Complaint.

15. Mendez is an African American female.

16. Defendant discriminated against Mendez when they subjected her to pervasive harassment on the basis of her race, created a hostile work environment, and terminated her employment.

17. Defendant's actions were intentional, willful, and in reckless disregard of Mendez's rights as protected by Title VII.

18. Mendez suffered damages as a result of Defendant's unlawful actions.

### COUNT II: TITLE VII- RETALIATION

19. Mendez hereby incorporates paragraphs one (1) through eighteen (18) of her Complaint.

20. Mendez engaged in protected activity when she complained of racially disparaging comments and behavior from her coworkers and supervisors.

21. Defendant retaliated against Mendez by writing her up and terminating her employment shortly after she complained.

22. Defendant's actions were intentional, willful, and taken in reckless disregard of Mendez's rights as protected by Title VII.

23. Mendez has suffered damages as a result of Defendant's unlawful actions.

## VI.     REQUESTED RELIEF

WHEREFORE, Plaintiff, Roberta Mendez, respectfully requests that the court enter judgment in her favor and award her the following relief:

1. Reinstate Plaintiff's employment to the position, salary, and seniority level she would have enjoyed but for Defendant's unlawful actions and/or payment to Plaintiff of front pay in lieu thereof;

2. Award all wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

3. Award compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4. Award compensatory damages for violations of Title VII;

5. Award punitive damages for violations of Title VII;

6. Award all costs and attorney's fees incurred as a result of bringing this action;

7. Award pre-and post-judgment interest on all sums recoverable; and

8. Award all other legal and/or equitable relief the Court sees fit to grant.

Respectfully submitted,

/s/ *Kyle Biesecker*
Kyle Biesecker
Rachel Ringer
BIESECKER DUTKANYCH & MACER, LLC
3200 West End Avenue, Suite 500
Nashville, TN 37203
Telephone: (615) 783-2171
Email: kfb@bdlegal.com
rringer@bdlegal.com
*Counsel for Plaintiff, Roberta Mendez*

**DEMAND FOR JURY TRIAL**

Plaintiff, Roberta Mendez, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully Submitted,

/s/ *Kyle Biesecker*
Kyle Biesecker
Rachel Ringer
BIESECKER DUTKANYCH & MACER, LLC
3200 West End Avenue, Suite 500
Nashville, TN 37203
Telephone: (615) 783-2171
Email: kfb@bdlegal.com
rringer@bdlegal.com
*Counsel for Plaintiff, Roberta Mendez*